In the Matter of DENNIS F. SULLIVAN et al., Appellants, against OSCAR M. TAYLOR et al., Constituting the Civil Service Commission of the State of New York, Respondents.

Submitted November 16, 1955; decided December 28, 1955.

*Morris Shapiro, Edward M. Edenbaum* and *Murray Sendler* for appellants.

*Jacob K. Javits, Attorney-General (Daniel M. Cohen* and *James O. Moore, Jr.,* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.